USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-15-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J & J SPORTS PRODUCTIONS, INC.,

            Plaintiff,

   - against -

FANTASY BAR AND RESTAURANT CORP. ET AL.,

            Defendants.

17-cv-5355 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Debra Freeman dated September 20, 2018 pursuant to a reference to conduct an inquest on damages after the defaults of the defendants. The time for filing objections has passed and no objections were filed. In any event, the Court finds the Report and Recommendation to be well reasoned and the Court adopts it.

Therefore, the Court directs the Clerk to enter judgment as recommended, namely:

  (1)  that a default judgment be entered in favor of the plaintiff, J & J Sports Productions, Inc., and against the defendant, Fantasy Bar and Restaurant Corp. d/b/a Fantasy Bar & Restaurant, in the amount of:

      (a)  $6,000 in statutory damages,

      (b)  $10,000 in enhanced damages, and

      (c)  $400 in costs,

      for a total of $16,400;

(2) that, on the default judgment, defendant Martina Fermin Dominguez be held jointly and severally liable with defendant Fantasy Bar and Restaurant Corp. for the amounts of $6,000 in statutory damages and $400 in costs (but not for the $10,000 in enhanced damages), for a total award against her of $6,400; and

(3) that no pre-judgment interest on damages be awarded in this case.

The Court also directs the Clerk to close this case and to close any open motions.

**SO ORDERED.**

**Dated:**     **New York, New York**
                **October 15, 2018**

                                        John G. Koeltl
                                    United States District Judge